JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIA S. MARTIN, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:18-cv-03517-R-MRW<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' joint motion, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs of suit and attorneys' fees

IT IS SO ORDERED.

DATED: August 27, 2018

_____
Honorable Manuel L. Real
United States District Judge

2
**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**